TALON ANDREW LLOYD
7772 Old House Road
Pasadena, MD 21122
   (PLAINTIFF)

        Vs.

THE HOME DEPOT, USA INC

6415 Petrie Way Road,

Rosedale, MD 21237

Store 2579

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

C-02-CV-24-000645

## Multiple Count Complaint and Demand for Jury Trial

Talon Andrew Lloyd, is a resident of Anne Arundel County, Maryland.

The Home Depot USA Inc. is a Corporation, Located globally with a Maryland Business Department ID number of F03032877. The Corporations Resident Agent is CSC-Lawyers Incorporating Service, Located in Baltimore Maryland at 7 St Paul Street, Suite 820 with a zip code of 21202.

The Home Depot USA, Inc is a corporation, duly organized and existing under and by virtue of the laws of the state of Maryland, having one of its many stores located in the state of Maryland.

On July 16, of 2022, Plaintiff rented a bobcat and trailer from the defendant. The trailer, fractured at the tongue support while loading the bobcat onto said trailer. Due to this fracture, the trailer gave way with plaintiff in the bobcat on the trailer. As plaintiff noticed the trailer lifted and broke, it began to roll. Plaintiff abandoned bobcat and trailer. Upon abandonment, plaintiff shattered his calcaneus (heel bones) in a bi-lateral fashion. The trailer, then ran over plaintiff breaking his left ribs. Plaintiff was transported to Holy Cross hospital in Germantown, MD where it was diagnosed that the calcaneus on the left and right required surgery to repair. Plaintiff received surgery by Mercy Ankle and Foot, July Mid to late July.

Plaintiff, Talon Andrew Lloyd makes the following complaint(s) by count;

### Count One (1) ; Negligence – Gross

Defendant, released a product without proper inspection. Defendant release a product without proper warning or direction of use of equipment to plaintiff. Defendant did not disclose warnings, nor did their rental checklist require this. It is vital of the defendant to properly inspect any equipment for rust, fractures, bending or damage of any kind. It is vital to explain proper usage to renters, especially of large machinery and its towing equipment.

Plaintiff uses the "Last Clear Chance" doctrine § 82 (Maryland Law Encyclopedia) to allow recovery. As defendant had every opportunity to inspect and bring safety procedures to attention of the plaintiff. Defendant claims,

a warning label is displayed on the trailer about loading the bobcat while trailer is not connected to a vehicle. Plaintiff had absolutely no knowledge of this decal warning label because of the actions of the employee at the store described under Count One (1) of this complaint. Plaintiff uses the Last Clear Chance doctrine to establish the neglect of safety regulations on the defendant. Plaintiff should have been made aware of this 'rule', however he was not.

### Count Two (2) ; Negligence – Negligent Entrustment

Plaintiff makes the case that the employee of defendant did not use proper care during his visual inspection of the rental equipment. Additionally the defendant as a whole, did not perform the annual inspection of said equipment as the inspection records last indicate an inspection taking place in 2020. The incident occurred in 2022 and an **annual** inspection is required per regulations. Plaintiff hired an outside expert to inspect the equipment after the incident and his findings are that the equipment is completely rusted, causing this fracture to take place and disrupting the integrity of the support.

Plaintiff or any other consumer places their trust in this nationally known organization to serve consumers with quality products and services. However the careless acts and missed inspections do not seem to parallel that vision of trust.

### Count Three (3) – Breach of Contract

Defendant breached their rental contract by not assuming full liability should any injury take place due to faulty equipment rented by their corporation. A Medical claim was initiated but has yet to be acted upon.

By reason, of defendants negligence, plaintiff has sustained compensatory damages including but not limited to: Lost Wages, Medical Bills, Future Lost Wages, Pain and Suffering

Plaintiff had a mass amount of medical bills. Plaintiff lost a 500K annual salary business. Plaintiff lost his home, forced into bankruptcy and cannot provide for his family financially due the accident disabling him. Plaintiff has filed for disability and expects results on that filing soon.

Plaintiff requests compensation to restore his life back to fruition. Plaintiff lost everything due to defendants negligence and failure to accept liability. Plaintiff has sent a demand to defendant, yet defendant has failed to comply.

Wherefore, plaintiff requests a judgement against The Home Depot, USA Inc. in the amount of

5 Million Dollars ($5,000,000.00).

With Respect

Talon Andrew Lloyd
Plaintiff

MARCH 14, 2024

7772 OLID HOUSE RD
PASADENA MD 21122

TALON ANDREW LLOYD                        *
7772 Old House Road                       *
Pasadena, MD 21122                        *
    (PLAINTIFF)                           *

                                          *

                                          *

        Vs.                               *

                                          *

THE HOME DEPOT, USA INC          *        C02-CV-24-000645

6415 Petrie Way Road,            *

Rosedale, MD 21237

Store 2579                       *

    *    *    *    *    *    *    *    *    *    *    *    *


**CERTIFICATE OF SERVICE**


**I, Talon Andrew Lloyd, hereby swear that a copy of this complaint has been served upon The Home Depot, USA inc**

**At 6415 Petrie Way Road, Rosedale, MD 21237**

**Store 2579**


**I also, hereby swear that a copy of this complaint has been served unto The Home Depot USA Inc's Registered agent located at"**

**Resident Agent is CSC-Lawyers Incorporating Service, Located in Baltimore Maryland at 7 St Paul Street, Suite 820 with a zip code of 21202.**

By WAY OF PRIVATE SERVICE

Talon Andrew Lloyd

Plaintiff